M. P. No. 919. HESTER *et al. v.* EDGAR J. TIMOTHY, *Clerk, et al.* Motion for leave to file petition for writ of certiorari granted, writ to issue forthwith. Petition consolidated for hearing with *Hester et al. v. Edgar J. Timothy, Clerk of Superior Court et al.,* No. 920 M. P. Counsel for both parties are requested to discuss in briefs and oral arguments in addition to other questions presented, the question of jurisdiction, in particular in light of G. L. 1956, §45-24-20, as amended. *Edward M. Botelle, Smith & Smith, Z. Hershel Smith,* for petitioners. *Hogan & Hogan, Edward T. Hogan, Thomas S. Hogan,* for Mr. and Mrs. Sidney Tucker, *William H. Leslie, Jr.,* Town Solicitor of Town of South Kingstown, for Royal Gould et al., respondents.

M. P. No. 920. HESTER *et al. v.* EDGAR J. TIMOTHY, *Clerk, et al.* Motion for leave to file petition for writ of certiorari

granted, writ to issue forthwith. Petition consolidated for hearing with *Hester et al. v. Edgar J. Timothy, Clerk of the Superior Court et al.*, No. 919 M. P. Counsel for the parties are requested to discuss in briefs and oral arguments, in addition to other questions presented, the question of jurisdiction in particular, in light of G. L. 1956, §45-24-20, as amended. *Edward M. Botelle, Smith & Smith, Z. Hershel Smith*, for petitioners. *Hogan & Hogan, Edward T. Hogan, Thomas S. Hogan*, for Mr. and Mrs. Sidney Tucker; *William H. Leslie, Jr.*, Town Solicitor of Town of South Kingstown, for Royal Gould et als., respondents.